# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   RODGER W MCCLINTOCK           §         Case No.: 09-02443
         KARA J MCCLINTOCK             §
                                       §
         Debtor(s)                     §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/28/2009.

2) This case was confirmed on 07/23/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/13/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/01/2009.

5) The case was converted on 01/21/2010.

6) Number of months from filing to the last payment: 6

7) Number of months case was pending: 14

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    4,760.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

```
================================================================
| Receipts:                                                    |
|       Total paid by or on behalf of the debtor   $ 18,300.00 |
|       Less amount refunded to debtor             $       .00 |
| NET RECEIPTS                                     $ 18,300.00 |
================================================================

================================================================
| Expenses of Administration:                                  |
|                                                              |
|       Attorney's Fees Paid through the Plan      $       .00 |
|       Court Costs                                $       .00 |
|       Trustee Expenses and Compensation          $  1,070.37 |
|       Other                                      $       .00 |
|                                                              |
| TOTAL EXPENSES OF ADMINISTRATION                 $  1,070.37 |
|                                                              |
| Attorney fees paid and disclosed by debtor       $  1,500.00 |
================================================================
```

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GMAC MORTGAGE LLC | OTHER | NA | NA | NA | .00 | .00 |
| DEUTSCHE BANK TRUST | SECURED | 186,700.00 | 160,722.60 | 13,340.70 | 13,340.70 | .00 |
| DEUTSCHE BANK TRUST | SECURED | NA | 47,581.81 | .00 | .00 | .00 |
| HOMECOMINGS FINANCIA | UNSECURED | 186,700.00 | NA | NA | .00 | .00 |
| CHASE HOME EQUITY | SECURED | 49,219.50 | 49,091.32 | .00 | 3,176.07 | .00 |
| CHASE HOME EQUITY | SECURED | .00 | 7,854.30 | 7,854.30 | .00 | .00 |
| CHASE MANHATTAN MORT | OTHER | .00 | NA | NA | .00 | .00 |
| CITIFINANCIAL SERVIC | SECURED | 6,000.00 | 12,307.05 | 6,000.00 | 712.86 | .00 |
| CITIFINANCIAL SERVIC | UNSECURED | 3,000.00 | .00 | 6,307.05 | .00 | .00 |
| INTERNAL REVENUE SER | SECURED | 236,518.64 | .00 | .00 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 7,488.14 | 360,238.51 | 360,238.51 | .00 | .00 |
| INTERNAL REVENUE SER | SECURED | 2,514.08 | .00 | .00 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 2,514.08 | NA | NA | .00 | .00 |
| RESURGENCE FINANCIAL | SECURED | 8,760.93 | .00 | .00 | .00 | .00 |
| RESURGENCE FINANCIAL | UNSECURED | 8,760.93 | 5,059.94 | 5,059.94 | .00 | .00 |
| IRS | OTHER | .00 | NA | NA | .00 | .00 |
| IRS | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | OTHER | .00 | NA | NA | .00 | .00 |
| WISCONSIN DEPT OF RE | PRIORITY | 21,784.57 | NA | NA | .00 | .00 |
| ADVANCED RADIOLOGY A | UNSECURED | 85.00 | NA | NA | .00 | .00 |
| ADVOCATE LUTHERAN GE | UNSECURED | 88.35 | NA | NA | .00 | .00 |
| ADVOCATE MEDICAL GRO | OTHER | .00 | NA | NA | .00 | .00 |
| ADVOCATE MEDICAL CEN | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALEXIAN BROS MEDICAL | UNSECURED | 2,039.00 | NA | NA | .00 | .00 |
| ALEXIAN BROTHERS | OTHER | .00 | NA | NA | .00 | .00 |
| ALEXIAN BROS MEDICAL | OTHER | .00 | NA | NA | .00 | .00 |
| ALLSTATE INSURANCE C | UNSECURED | 125.14 | NA | NA | .00 | .00 |
| ARLINGTON RIDGE PATH | UNSECURED | 31.00 | NA | NA | .00 | .00 |
| ARLINGTON RIDGE PATH | OTHER | .00 | NA | NA | .00 | .00 |
| ARLINGTON RIDGE PATH | OTHER | .00 | NA | NA | .00 | .00 |
| ARLINGTON RIDGE PATH | OTHER | .00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 3,584.66 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE | OTHER | .00 | NA | NA | .00 | .00 |
| AT&T WIRELESS | UNSECURED | 84.05 | 327.28 | 327.28 | .00 | .00 |
| AT&T | OTHER | .00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 1,021.85 | NA | NA | .00 | .00 |
| BP AMOCO | UNSECURED | 819.66 | NA | NA | .00 | .00 |
| BP AMOCO | OTHER | .00 | NA | NA | .00 | .00 |
| COLLECT AMERICA | UNSECURED | 3,402.81 | 3,594.58 | 3,594.58 | .00 | .00 |
| CAPITAL ONE | UNSECURED | .00 | NA | NA | .00 | .00 |
| CBCS | UNSECURED | 650.60 | NA | NA | .00 | .00 |
| CERTEGY | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 2,716.64 | NA | NA | .00 | .00 |
| CHASE | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE | OTHER | .00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,499.84 | NA | NA | .00 | .00 |
| CHASE | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE | OTHER | .00 | NA | NA | .00 | .00 |
| CHECK RECOVERY SYSTE | UNSECURED | 479.59 | NA | NA | .00 | .00 |
| CHICAGO SUN TIMES | UNSECURED | 34.00 | NA | NA | .00 | .00 |
| CIRCUIT CITY | UNSECURED | 3,000.36 | NA | NA | .00 | .00 |
| CIRCUIT CITY | OTHER | .00 | NA | NA | .00 | .00 |
| CITIBANK AMOCO | UNSECURED | 830.21 | 830.21 | 830.21 | .00 | .00 |
| CITIBANK VISA | OTHER | .00 | NA | NA | .00 | .00 |
| CITIBANK | OTHER | .00 | NA | NA | .00 | .00 |
| CITIBANK | OTHER | .00 | NA | NA | .00 | .00 |
| CITI CARDS | UNSECURED | 239.19 | NA | NA | .00 | .00 |
| COLFAX | UNSECURED | 340.90 | NA | NA | .00 | .00 |
| COLFAX | UNSECURED | 1,929.78 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 140.60 | NA | NA | .00 | .00 |
| COMCAST | OTHER | .00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 284.22 | 260.83 | 260.83 | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | 2,565.41 | NA | NA | .00 | .00 |
| DIAGNOSTIC IMAGING S | UNSECURED | 2,200.00 | NA | NA | .00 | .00 |
| DIAGNOSTIC IMAGING S | OTHER | .00 | NA | NA | .00 | .00 |
| DISH NETWORK | UNSECURED | 419.71 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ROUNDUP FUNDING LLC | UNSECURED | 638.52 | 650.60 | 650.60 | .00 | .00 |
| EXPRESS | OTHER | .00 | NA | NA | .00 | .00 |
| FEDEX | UNSECURED | 28.28 | NA | NA | .00 | .00 |
| FIRST NORTH AMERICAN | UNSECURED | 2,639.78 | NA | NA | .00 | .00 |
| GMAC | UNSECURED | 1,423.80 | NA | NA | .00 | .00 |
| GRAY TAXIDERMY | UNSECURED | 465.82 | NA | NA | .00 | .00 |
| HAVANA JOE | UNSECURED | 538.11 | NA | NA | .00 | .00 |
| HERMAN J SALZBERG | UNSECURED | 110.00 | NA | NA | .00 | .00 |
| HIGH TECH MEDICAL IM | UNSECURED | 1,150.00 | NA | NA | .00 | .00 |
| HINCKLEY SPRING WATE | UNSECURED | 27.90 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 2,634.11 | 4,076.15 | 4,076.15 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 1,532.00 | 1,627.09 | 1,627.09 | .00 | .00 |
| HOUSEHOLD BANK | OTHER | .00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1,445.21 | 1,424.26 | 1,424.26 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1,318.79 | 1,603.15 | 1,603.15 | .00 | .00 |
| HOUSEHOLD BANK | OTHER | .00 | NA | NA | .00 | .00 |
| IKEA | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| JAMES E MORAN & ASSO | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| LINENS N THINGS | UNSECURED | 224.88 | NA | NA | .00 | .00 |
| LINENS & THINGS | OTHER | .00 | NA | NA | .00 | .00 |
| MEA MEDICAL CARE CEN | UNSECURED | 164.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 2,187.99 | 2,187.99 | 2,187.99 | .00 | .00 |
| MENARDS | OTHER | .00 | NA | NA | .00 | .00 |
| HSBC MENARDS | UNSECURED | 1,100.11 | NA | NA | .00 | .00 |
| MENARDS | OTHER | .00 | NA | NA | .00 | .00 |
| MIDWEST EMERGENCY AS | UNSECURED | 164.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 730.83 | NA | NA | .00 | .00 |
| NORTHWEST COMMUNITY | UNSECURED | 199.00 | NA | NA | .00 | .00 |
| NORTHWEST COMMUNITY | OTHER | .00 | NA | NA | .00 | .00 |
| NORTHWEST COMMUNITY | OTHER | .00 | NA | NA | .00 | .00 |
| NORTHWEST HOSPITAL | OTHER | .00 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMPRIA | OTHER | .00 | NA | NA | .00 | .00 |
| NORTHWEST ORTHOPEDIC | UNSECURED | 742.50 | NA | NA | .00 | .00 |
| NORTHWEST SUBURBAN | UNSECURED | 680.00 | NA | NA | .00 | .00 |
| PALATINE MUSIC CENTE | UNSECURED | 100.50 | 100.50 | 100.50 | .00 | .00 |
| PATRICK J DICILLA | UNSECURED | 900.00 | NA | NA | .00 | .00 |
| PEDIATRIC HEALTH CAR | UNSECURED | 717.00 | NA | NA | .00 | .00 |
| PERFORMANCE CAPITAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| PICK N SAVE | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| PRO PSYCH ASSOCIATES | UNSECURED | 765.00 | NA | NA | .00 | .00 |
| PROVIDIAN NATIONAL B | UNSECURED | 7,804.75 | NA | NA | .00 | .00 |
| PROVIDIAN | OTHER | .00 | NA | NA | .00 | .00 |
| CACH PROVIDIAN NATL | UNSECURED | 1,694.41 | 1,829.30 | 1,829.30 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| SCHOLASTIC | UNSECURED | 371.92 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 6,668.54 | 8,426.91 | 8,426.91 | .00 | .00 |
| SEARS | OTHER | .00 | NA | NA | .00 | .00 |
| ST ALEXINS MEDICAL C | UNSECURED | 130.05 | NA | NA | .00 | .00 |
| ST ALEXINS MEDICAL C | UNSECURED | 130.05 | NA | NA | .00 | .00 |
| SUBURBAN EARS NOSE & | UNSECURED | 170.00 | NA | NA | .00 | .00 |
| SUBURBAN EARS NOSE & | OTHER | .00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 359.75 | 647.29 | 647.29 | .00 | .00 |
| TARGET | OTHER | .00 | NA | NA | .00 | .00 |
| TARGET | OTHER | .00 | NA | NA | .00 | .00 |
| CALVARY PORTFOLIO SE | UNSECURED | 19,278.52 | 18,054.35 | 18,054.35 | .00 | .00 |
| TCF NATIONAL BANK | OTHER | .00 | NA | NA | .00 | .00 |
| TCF BANK | UNSECURED | 379.68 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | OTHER | .00 | NA | NA | .00 | .00 |
| TED LOIBEN | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| TRUE GREEN CHEMLAWN | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| TRU GREEN CHEMLAWN | OTHER | .00 | NA | NA | .00 | .00 |
| UPS | UNSECURED | 32.44 | NA | NA | .00 | .00 |
| US BANK | UNSECURED | 2,415.65 | NA | NA | .00 | .00 |
| US BANK | UNSECURED | 1,188.60 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 298.42 | .00 | 298.42 | .00 | .00 |
| VILLAGE OF PALATINE | UNSECURED | 103.46 | NA | NA | .00 | .00 |
| VILLAGE OF PALATINE | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| WEYCO GROUP INC | UNSECURED | 255.00 | NA | NA | .00 | .00 |
| WORLDWIDE ASSET PURC | UNSECURED | 2,894.68 | NA | NA | .00 | .00 |
| SPREE INTERNATIONAL | OTHER | .00 | NA | NA | .00 | .00 |
| R MCCLINTOCK IN | OTHER | .00 | NA | NA | .00 | .00 |
| DEUTSCHE BANK NATION | OTHER | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | NA | 32,112.89 | 32,112.89 | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | 524.67 | 524.67 | .00 | .00 |
| ILLINOIS DEPT OF REV | SECURED | NA | 2,895.78 | .00 | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | NA | 5,063.63 | 5,063.63 | .00 | .00 |
| CHASE FINANCE | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | 13,340.70 | 16,516.77 | .00 |
| Mortgage Arrearage | 7,854.30 | .00 | .00 |
| Debt Secured by Vehicle | 6,000.00 | 712.86 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 27,195.00 | 17,229.63 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 37,176.52 | .00 | .00 |
| **TOTAL PRIORITY:** | 37,176.52 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 418,069.08 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 1,070.37 |
| Disbursements to Creditors | $ | 17,229.63 |
| **TOTAL DISBURSEMENTS:** | $ | 18,300.00 |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   03/25/2010              /s/ Tom  Vaughn
                                 Tom  Vaughn, Chapter  13  Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**